

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00036-CV

Texas Laurel Ridge Hospital, L.P. d/b/a Laurel Ridge Treatment Center
v.
Belinda Mainor and Michael Mainor, Individually and as Next Friends of J.B., a Minor Child

On Appeal from the
408th Judicial District Court of Bexar County, Texas
Trial Court Cause No. 2022CI17725

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 16, 2024